COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Imani Beck v. Lyons Village

Appellate case number:    01-19-00174-CV

Trial court case number:   1126845

Trial court:               County Civil Court at Law No. 4 of Harris County

Appellant, Imani Beck, has filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. And, she has filed an emergency motion for temporary relief pursuant to Texas Rule of Civil Procedure 24.4(c). *See* TEX. R. APP. P. 24.4(c). Appellant requests "injunctive relief" or "a stay against execution of the writ of possession" issued by the trial court clerk on March 12, 2019. Appellee, Lyons Village Ltd (commonly referred to as "Lyons Village"), has filed a response opposing appellant's requested relief.

We **deny** the motion. *See* TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *see also Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006) ("[I]f a proper supersedeas bond is not filed, the judgment may be enforced, including issuance of a writ of possession evicting the tenant from the premises."); *Guillen v. U.S. Bank, N.A.*, 494 S.W.3d 861, 865 (Tex. App.—Houston [14th Dist.] 2016, no pet.) ("If the supersedeas bond is not posted, then the writ will be executed . . . ."); *see also Hernandez v. U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust*, 527 S.W.3d 307, 310 (Tex. App.—El Paso 2017, no pet.).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss

☑ Acting individually ☐ Acting for the Court

Date: March 14, 2019